No. 512. WINNISIMMET COMPANY, PETITIONER, *v.* MARY L. DAVENPORT ET AL. November 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Edward E. Blodgett* and *Mr. Arthur P. Teele* for petitioner. *Mr. William A. Davenport* for respondents.

No. 537. WILLARD N. JONES ET AL., PETITIONERS, *v.* THE UNITED STATES. November 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Martin L. Pipes* and *Mr. Samuel B. Huston* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

No. 545. L. T. JOHNSTON, PETITIONER, *v.* H. D. SEXTON ET AL. November 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward C. Kramer* for petitioner. *Mr. Charles P. Wise* for respondents.

No. 546. GEORGE WESTINGHOUSE ET AL., PETITIONERS, *v.* PHILIP HEIN ET AL. November 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Abbey, Mr. Thomas W. Bakewell* and *Mr. J. Snowden Bell* for petitioners. *Mr. L. S. Bacon* and *Mr. Walter H. Chamberlin* for respondents.